to dismiss appeal denied, without costs, without prejudice to the right to renew upon sufficient papers.

FARMERS' LOAN & TRUST CO. v. PENDLETON. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by the Farmers' Loan & Trust Company against Jennie F. Pendleton. No opinion. Motion denied.

FARNSWORTH v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Ralph C. Farnsworth against New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

FARQUAHR, Appellant, v. OSBORNE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Francis E. Farquahr against Maurice H. Osborne and another. No opinion. Judgment affirmed, with costs.

In re FIDELITY & DEPOSIT CO. OF MARYLAND. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) In the matter of the application of the Fidelity & Deposit Company of Maryland for leave to commence an action against George H. Stevens, as committee of the person and estate of Nancy C. Warner, an incompetent. No opinion. Motion granted.

In re FITCH. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) In the matter of the application of Francis Fitch for admission to the bar. No opinion. Application granted.

FITZGERALD, Respondent, v. CITY OF WATERTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by Julia Fitzgerald against the city of Watertown.
PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS, J., dissents.

FITZPATRICK, Respondent, v. FOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by William J. Fitzpatrick against Patrick J. Fox and another. No opinion. Judgment affirmed, with costs.

FLANNIGAN, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1904.) Action by John Flannigan against Patrick Ryan. No opinion. Motion denied.

FLORES, Respondent, v. FLORES, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Mathilda Flores against Juan B. Flores. P. Allen,

for appellant. A. Steckler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FRANCIS, Respondent, v. ALBRIGHT, Appellant. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by Jennie Francis against Edmund Albright. No opinion. Judgment affirmed, with costs.

FRANK, Respondent, v. FRANK, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Alfred Frank against Rose Frank. A. H. Hummel, for appellant. W. O. Miles, for respondent. No opinion. Interlocutory judgment affirmed.

FRIEDMAN, Respondent, v. FRIESNER et al., Appellants. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Aaron J. Friedman against Isaiah Friesner and others. J. Wilkenfeld, for respondent. No opinion. Judgment and order affirmed, with costs.

FROST, Respondent, v. LIVINGSTON et al., Appellants. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Elihu B. Frost, as trustee, against Julia R. Livingston and others. H. D. Baldwin, for appellants. D. B. Luckey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FRUIN–BAMBRICK CONST. CO., Respondent, v. MARKS, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by the Fruin-Bambrick Construction Company against William L. Marks. D. McCurdy, for appellant. H. A. Powell, for respondent. No opinion. Judgment affirmed, with costs.

FUREY v. O'CONNOR. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by William M. Furey against John D. O'Connor. No opinion. Motion denied.

GILLESPIE, Respondent, v. MONTGOMERY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 22, 1904.) Action by Frederick J. Gillespie against George L. Montgomery and Henry Bischoff. No opinion. Interlocutory judgment reversed on argument, without costs, on the ground that no decision of the issue of law appears in the record; and case remitted to the Special Term for hearing and decision.

GILLESPIE, Respondent, v. MONTGOMERY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by Frederick J. Gillespie against George L. Montgomery and Henry Bischoff. No opinion. Reargument ordered for Tuesday, March 1, 1904.

In re GILLOON. (Supreme Court, Appellate Division, First Department. February 19, 1904.)